FILED

11/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0646

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0646

_____

RYAN DEAN GABRIEL,

       Defendant and Appellant,

v.                                          O R D E R

TAYLOR "KAI" GROENKE,

       Plaintiff and Appellee.

_____

On November 29, 2024, appearing on his own behalf, Ryan Dean Gabriel filed an opening brief on appeal. Rules 11 through 13 of the Montana Rules of Appellate Procedure set forth the requirements for filing appellate briefs. While this Court attempts to give some leeway to pro se litigants, there are certain requirements of the Rules of Appellate Procedure that are essential to an appeal. In order for this Court to review an appeal, the appellate rules require a party appealing the order of a district court to present the Court with certain information from the district court case and legal authority supporting the party's position that the district court made a mistake that requires reversing its decision. After reviewing Appellant Ryan Dean Gabriel's opening brief, this Court has determined that the brief does not comply with these rules. Accordingly,

IT IS HEREBY ORDERED that Appellant's opening brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure. In particular, Appellant's brief must:

1. Include a cover page, pursuant to Rule 11(6)(b), (iii) and (v), containing:
   a. The title of this Court;
   b. The title of the case in the court from which you are appealing;
   c. the court and name of the judge in the case from which you are appealing;
   d. the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of the respective counsel for the parties or of the parties if they are proceeding without counsel;
2. Contain a table of contents and statement of issues presented for review;

3. Include references to the record on appeal (*e.g.*, Transcript, p. 231; Judgment, p. 3; or Motion for Summary Judgment, p. 2) pursuant to Rule 12(9);
4. Include a signed certificate of compliance, pursuant to Rule 11(4)(e), that states that the document's line spacing is proportionately spaced; the text is double spaced; and the calculated word count. Appellant may rely on the word count of the word processing system used to prepare the brief, but needs only to include the actual brief content itself; and
5. Attach a copy of the judgment or order from which you are appealing, pursuant to Rule 12(1)(a) through (h).

IT IS HEREBY ORDERED that the original and any copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of the Supreme Court and shall be due and payable upon receipt;

IT IS FURTHER ORDERED that the signed original and seven copies of the *revised* brief ordered herein be filed within thirty (30) days of the date of this Order with the Clerk of the Supreme Court and one copy of each revised brief be served on counsel of record;

IT IS FURTHER ORDERED that the Clerk of Court is directed to provide Appellant with a copy of the *Civil Appellate Handbook* for litigants proceeding before this Court without an attorney.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of refiling of the brief being returned this date.

The Clerk is directed to mail a true copy of this Order, together with all copies of Appellant's brief referenced herein, to Appellant and to mail a true copy of this Order to all counsel and/or parties upon whom the brief was served, and to provide a copy of the *Civil Appellate Handbook* to Appellant.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 29 2024